IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STANLEY C. JONES, ET AL.,

     Petitioners,

v.

WILMINGTON SAVINGS TRUST
FUND, FSB, D/B/A CHRISTIANA
TRUST,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2610

Opinion filed August 4, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Sean A. Espenship, of Espenship, Schlax & Albee, Jacksonville, for Petitioners.

Gary I. Gassel, Sarasota, for Respondent(no appearance) .

PER CURIAM.

     The petition for writ of prohibition is denied on the merits.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.